# EXHIBIT B

## AMENDMENT NO. 1 TO LIGHTNING NETWORK AGREEMENT
## BY AND BETWEEN WSI CORPORATION AND TOA SYSTEMS, INC.
## DATED JANUARY 11, 2007 ("AGREEMENT")

This Amendment to the Agreement is entered into on this 15th day of March, 2007 ("Amendment Effective Date") by and between WSI Corporation ("WSI") and TOA Systems, Inc. ("TOA").

**WHEREAS,** TOA has entered into an agreement with Weather Decisions Technologies, Inc. ("WDT") entitled "Agreement and Mutual Release" dated March 2007 (the "TOA/WDT Agreement") which is related to the Agreement;

**WHEREAS,** the principal obligations of TOA and WDT under the TOA/WDT Agreement are pending a closing as specified in that agreement;

**WHEREAS,** contingent upon the consummation of the closing provided for in the TOA/WDT Agreement, the parties desire to amend the Agreement to reflect certain changes as stated herein.

**NOW, THEREFORE,** in consideration of the mutual promises and covenants contained herein, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree to amend the Agreement **effective upon the TOA/WDT Closing Date** (as defined below) as follows:

1.  Section 1 ("**DEFINITIONS**") is modified as follows:

    1.1  The following terms are added:

    "Advance Consideration" shall have the meaning specified for such term in the TOA/WDT Agreement.

    "Annual USPLN + USLN Revenue Threshold" means the combined amount of USPLN and USLN Revenues specified on Exhibit A for the applicable calendar year.

    "Aviation Market" means Civil Aviation Authorities, military aviation, individual aviators and all businesses primarily engaged in aviation related activities including without limitation all airlines, Fixed Base Operators, airports, and general business, commercial and general aviation operators, pilots, and all resellers and distributors thereto.

    "Deemed WSI Lightning Data Subscription Revenue" means with respect to Lightning Data Subscriptions for a calendar month (i) for New WSI Customers, an amount equal to one hundred (100%) of the monthly VAR Price Level for such

1

Lightning Product, and (ii) for Existing WSI Customers, an amount equal to fifty percent (50%) of the Nominal VAR Price Level as listed in Attachment 1, in both cases excluding (iii) sales, use and other taxes and similar charges associated with these products collected by WSI, and (iv) fees from the sale, licensing or distribution of Lightning Products deemed uncollectible by WSI based on WSI's actual loss experience or other reasonable accounting methodology

"Existing TOA Customer" means a customer of TOA who has a contract with TOA on the Effective Date to receive lightning data from the Existing USPLN, or a customer of WDT who has been assigned to TOA as a part of the WDT/ TOA Agreement.

"Existing WSI Customer" means a customer of WSI who is subscribing to a lightning data product from WSI (e.g. a Vaisala, Inc. data product) on the Effective Date.   Such customers are listed in Attachment 1 of this amendment.

"Existing Nominal Price Level" means the price levels specified on Attachment 1 to this Amendment.

"New WSI Customer" means a customer of WSI who is not subscribing to any lightning data products (from any source) from WSI on the Effective Date.

"Remaining Contract Term" means the un-expired term of a contract between TOA and an Existing TOA Customer on the Effective Date.   In no event shall the 'Remaining Contract Term' be deemed to include any renewal term of said contract, whether automatic or otherwise, effective subsequent to the Effective Date.

"TOA Lightning Data Subscription" means a subscription by an end user to a Lightning Product sold by TOA.

"TOA VAR Lightning Revenues" means with respect to a calendar month revenues recognized by TOA from the sale of Lightning Products to VARs during such month excluding (i) sales, use and other taxes and similar charges collected by TOA from VARs, and (ii) fees from the sale, licensing or distribution of Lightning Products to VARs deemed uncollectible by TOA based on TOA's actual loss experience or other reasonable accounting methodology.

"TOA/WDT Closing Date" shall have the meaning specified for the term 'Closing Date' stated in the TOA/WDT Agreement.

"USPLN Delivery Software" shall have the meaning ascribed to such term in the TOA/WDT Agreement.

"USPLN Lightning Products" means any Lightning Product of WSI including any USPLN Data.

2

"USLN Revenues" means for any calendar year (or prorated portion thereof) (i) the amounts paid by WSI to TOA associated with "Deemed WSI Lightning Data Subscription Revenue" solely as they pertain to end user subscriptions for USLN data, plus "TOA VAR Lightning Revenues" solely associated with USLN data, plus "WSI VAR Lightning Revenues" solely associated with USLN data, plus (ii) all amounts voluntarily added or contributed to USLN Revenues by WSI in its sole and absolute discretion.

"USPLN Revenues" means for any calendar year (or prorated portion thereof) (i) the amounts paid by WSI to TOA associated with "Deemed WSI Lightning Data Subscription Revenue" solely as they pertain to end user subscriptions for USPLN data, plus "TOA VAR Lightning Revenues" solely associated with USPLN data, plus "WSI VAR Lightning Revenues" solely associated with USPLN data, plus (ii) all amounts voluntarily added or contributed to USPLN Revenues by WSI in its sole and absolute discretion.

"USPLN/USLN Revenues" means USPLN Revenues plus USLN Revenues.

"VAR" means a reseller or distributor of Lightning Data.

"VAR Price Level" means with respect to each Lightning Data Subscription, the VAR price established by WSI for such Lightning Product."

"WSI Lightning Data Subscription" means a subscription by an end user for a Lightning Product sold by WSI.

"WSI VAR Lightning Revenues" means with respect to a calendar month revenues recognized by WSI from the sale of Lightning Products to VARs during such month excluding (i) sales, use and other taxes and similar charges collected by WSI from VARs, and (ii) fees from the sale, licensing or distribution of Lightning Products to VARs deemed uncollectible by WSI based on WSI's actual loss experience or other reasonable accounting methodology.

1.2    The existing definition of the term "Archived Data" is deleted in its entirety and replaced with the following:

"Archived Data" means all Lightning Data stored, archived or otherwise in the possession of TOA and/or WDT on the date of this Amendment.

1.3    The existing definition of the term "Lightning Data Networks" is deleted in its entirety and replaced with the following:

"'Lightning Data Networks" means the USLN, USPLN and the GLN networks, and including the lightning sensors and all hardware and software associated with the collection, processing, and redistribution of lightning data from said networks.

3

1.4  The existing definition of the term "Lightning Data Subscription" is deleted in its entirety and replaced with the following:

"Lightning Data Subscription" means the purchase or subscription by an end user that provides them a license to access Lighting Products that are derived from data from one or more of the Lightning Data Networks.

1.5  The existing definition of the term "Lightning Product" is deleted in its entirety and replaced with the following:

"Lightning Product" means any product or service displaying Lightning Data or using the Lightning Data to locate with precision any lightning strokes. For purposes of clarification, a "Lightning Product" would include a display of real-time or archived lightning data, an information product derived from real-time or archived lightning data, a specific lightning forecast product using Lightning Data, but would not include a general weather forecast product or service using Lighting Data as an input.

1.6  The existing definition of the term "Lightning Data" is deleted in its entirety and replaced with the following:

"Lightning Data" means USPLN Data, GLN Data, and USLN Data.

1.7  The existing definition of the term "Licensed Software" is deleted in its entirety and replaced with the following:

"Licensed Software" means the USPLN Delivery Software, Lightning Data Processing Software and the Display Software.

1.8  The existing definition of the term "New Sensor Fees" is modified by adding the following sentence:

"In no event shall the New Sensor Fees be deemed to include amounts paid by WSI under Section 6.1 below."

2.  Existing Section 3.1 ("**Creation of Lightning Networks**") is deleted in its entirety and replaced with the following:

3.1    **Creation of Lightning Data Networks**. TOA shall create, deploy, operate and maintain three lightning networks as provided in this Section 3.  The lightning data networks shall be:  USPLN, GLN and USLN (collectively the "Lightning Data Networks").  USPLN shall be designed to collect and process cloud to ground lightning data in the continental United States and shall be operated in a manner similar to which it is operated on the Amendment Effective Date. USLN shall be based upon the Enhanced Lightning Sensor and shall be designed to collect and

4

process cloud to cloud lightning data in the continental United States. GLN shall be designed to collect and process lightning data from sources outside the United States and from approximately fifteen (15) designated USPLN sensors to be contributed to the GLN by TOA.

3. Section 3.3(a) is added as follows:

(a) TOA shall (i) operate the USPLN and provide WSI with USPLN Data on a timely basis and (ii) provision and deliver USPLN Data to WSI customers under the same terms (no further than 500 miles from the continental U.S., no greater proportion of cloud to cloud lightning versus cloud to ground) as are in place on the Amendment Effective Date.

4. Section 3.7 ("**Transmission of Lightning Data**") is modified by adding the following:

"TOA shall deliver the Archived Data to WSI electronically as soon as practical but no later than thirty days after the Amendment Effective Date.

5. Section 4.1.1 is added as follows:

4.1.1 **USPLN Data License**. Subject to Section 4.2, WSI shall have the worldwide, exclusive right and license to use, reproduce, display, exhibit, modify, create derivative works from, sublicense, distribute and resell the USPLN Data, directly or indirectly, in any form or media, now existing or hereafter developed ("Exclusive USPLN License"), provided however, that in the event USPLN/USLN Revenues do not equal or exceed the Annual USPLN/USLN Revenue Threshold in 2011 and each year thereafter determined at the end of such calendar year, then the aforementioned Exclusive USPLN License shall thereafter be nonexclusive, except that, notwithstanding the foregoing, WSI shall at all times during the term of this Agreement have an exclusive license to distribute the USPLN Data, directly or indirectly, to the Aviation Market (this market exclusivity shall extend both to VAR's and end users). WSI shall develop and maintain the VAR wholesale and recommended retail price list for USPLN data which it shall determine and change in its sole discretion. All contracts entered into by WSI that include USPLN Data will not provide the USPLN Data for a region greater than that that in effect on the Amendment Effective Date.

5

6. Section 4.1.2 ("**USLN Data**") is modified by adding the following sentence at the end thereof:

> "Notwithstanding anything to the contrary contained in this Section 4.1.2, WSI shall at all times during the term of this Agreement have an exclusive license to sell and distribute the USLN Data, directly or indirectly, to the Aviation Market (this market exclusivity shall extend both to VARs and end users).

7. Section 4.1.3 ("**GLN Data**") is modified by adding the following sentence at the end thereof:

> "Notwithstanding anything to the contrary contained in this Section 4.1.3, WSI shall at all times during the term of this Agreement have an exclusive license to sell and distribute the USLN Data, directly or indirectly, to the Aviation Market (this market exclusivity shall extend both to VARs and end users).

8. Existing Section 4.1.5 ("**USPLN**") is deleted in its entirety.

9. Section 4.2 ("**TOA Rights; Certain Contracts**") is modified by adding the following sentences:

> "In addition, TOA shall have the right to distribute USPLN Data to Existing TOA Customers during the Remaining Contract Term applicable to such Existing TOA Customer. In no event shall TOA provide the USPLN Data to a customer for a region greater than that in effect for the USPLN on the Amendment Effective Date."

10. New Section 5.4 is added as follows:

> "5.4    **License to USPLN Delivery Software**.    TOA hereby grants WSI a worldwide, irrevocable, perpetual, royalty-free, nonexclusive license to use, reproduce, modify, and create derivative works from the USPLN Delivery Software for its internal use.

11. Section 6 is modified as follows:

> 11.1  Section 6.1 is added as follows:

> "6.1    **Initial Fee**.  Within five (5) business days of the TOA/WDT Closing Date, WSI shall, for the benefit of TOA, pay WDT the Initial Fee reduced by the Advance Consideration."

6

Furthermore, Within five (5) business days of the TOA/WDT Closing Date, TOA shall pay WSI the amount transferred from WDT relating to advance payments from USPLN customers for services to be delivered in future time periods after the Effective Date.

11.2  Existing Section 6.3.1 ("**WSI Fee Obligation**") is deleted in its entirety and replaced by the following:

"6.3.1  **WSI Fee Obligation**.   Within thirty (30) days of the end of each calendar month, WSI shall pay TOA (i) one hundred percent (100%) of Deemed WSI Lightning Data Subscription Revenue earned during such month; ii) 50% of WSI Lightning Data Subscriptions sold to end users for those market segments where no VAR pricing is offered; and (iii) fifty percent (50%) of the WSI VAR Lightning Revenues earned during such month.

11.3  Existing Section 6.3.2 ("**TOA Fee Obligation**") is deleted in its entirety and replaced by the following:

"6.3.2  **TOA Fee Obligation**.  Within thirty (30) days of the end of each calendar month, TOA shall pay WSI i) fifty percent (50%) of the TOA VAR Lightning Revenues earned during such month, plus ii) fifty percent (50%) of the VAR Price Level for any end user subscribers.

11.4      Existing Section 6.4 ("Internal Use of Lightning Data Fee") is modified to allow for internal use of USPLN data.   For 2007, the $25,000 internal use fee shall be pro-rated for the time period from when WSI first begins use of USPLN data for internal use through the end of the year.  The pro-ration shall be calculated as the number of days from initial internal use to the end of the year, as a fraction of 365 days, and that fraction shall be applied against the $25,000 annual figure to arrive at the pro-rated amount for 2007.   Beginning in 2008, the annual use fee of $25,000 will be payable to TOA each January, so long as such data is used internally at WSI.

12.  Existing Exhibit A is hereby deleted and replaced with the new Exhibit A attached to this Amendment.

13.  In the event the TOA/WDT Closing Date does not occur and the TOA/WDT Agreement is nullified pursuant to Section 2.4 thereof, this Amendment shall be null and void and of no effect.

14.  TOA will not accept the completion of the closing conditions without WSI's prior approval.

7

15. TOA will not terminate the VAR Agreement with WDT without WSI's written permission and it will give WSI immediate notice of any claim by TOA of default by WDT under their VAR contract.

16. Except as otherwise expressly stated herein, the terms of the Agreement shall remain unchanged and in full force and effect.

**IN WITNESS WHEREOF,** the parties have executed this Amendment effective as of the date first stated above.

**WSI CORPORATION**

By: _____
Authorized Signature

Mark Gildersleeve
Printed Name

President
Title

**TOA SYSTEMS INC.**

By: _____
Authorized Signature

_Timothy Bent_
Printed Name

_C. O. O_
Title

8

## EXHIBIT A

### TOA AMENDMENT NO. 1

1. Annual GLN Revenue Threshold:                    $1,000,000

3. Annual USPLN/USLN Revenue Threshold:         $2,500,000

9

**ATTACHMENT 1**

**TOA AMENDMENT NO. 1**

| EXISTING CUSTOMER NAME | EXISTING NOMINAL PRICE LEVEL | 50% FEE TO TOA | PRODUCT DESCRIPTION |
|---|---|---|---|
| AFSS - FAA  Columbia | 200.00 | 100.00 | FAA LIGHTNING |
| AFSS - FAA Columbus | 200.00 | 100.00 | FAA LIGHTNING |
| AFSS - FAA Fort Dodge | 200.00 | 100.00 | FAA LIGHTNING |
| AFSS - FAA Wichita | 200.00 | 100.00 | FAA LIGHTNING |
| Baltimore Gas and Electric | 443.53 | 221.77 | ENERGYCAST DIRECT REG LIGHTNG |
| Bay News 9 (Time Warner) | 110.00 | 55.00 | 250 MILE LIGHTNING |
| Cable News Network | 164.00 | 82.00 | NATIONAL LIGHTNING |
| Central Florida News 13 | 110.00 | 55.00 | 250 MILE LIGHTNING |
| ChicagoLand TV News, Inc. | 110.00 | 55.00 | 250 MILE LIGHTNING |
| City Public Service | 443.53 | 221.77 | ECAST DIR-NW VER LITNING(REG) |
| Consumers Energy Company | 443.53 | 221.77 | ENERGYCAST  LIGHTNING |
| Delta Airlines | 1,166.00 | 583.00 | NATIONAL LIGHTNING |
| Duke Energy | 443.53 | 221.77 | ECAST DIR-NW VER LITNING(REG) |
| EXXON Baytown Refinery | 180.00 | 90.00 | 250 MILE LIGHTNING |
| Federal Express | 1,166.00 | 583.00 | NATIONAL LIGHTNING |
| Florida Division of Emergency Management | 286.00 | 143.00 | EXP LIGHTNING GDS - 500 MILES |
| FOX News Channel | 164.00 | 82.00 | NATIONAL LIGHTNING |
| Harrisburg Television, Inc. - WHTM | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KABC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KAMR-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KATC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KCNC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KCRA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |

10

| | | | |
|---|---|---|---|
| KETV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KFDA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KFOR-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KFVS-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KGO-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KHGI-TV Pappas Telecasting of Central Ne | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KIMT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KIVI-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KLFY-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KLRT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KMEG-TV Pappas Telecasting of the Sioux | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KMOV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KMSP-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KNBC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KNTV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KOB-TV | 132.00 | 66.00 | 500 MILE LIGHTNING |
| KOKI-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KOLD-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KOLO-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KPIX-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KPNX-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KPTM-TV Pappas Telecasting of the Midlan | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KPTV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KPVI-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KREM-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KRGV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |

11

| | | | |
|---|---|---|---|
| KRQE-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KSDK-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KSFY-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KSLA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KSL-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KSTP-TV, LLC | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KTBS-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KTKA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KTRK-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KTVK-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KTVT-TV 11 | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KTXA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KUTV-TV | 132.00 | 66.00 | 500 MILE LIGHTNING |
| KVOA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KVUE-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KWWL-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KXAS-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KXLY-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| KYW-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| Mitre Corp. | 750.00 | 375.00 | NATIONAL LIGHTNING |
| Naval Atlantic Meteorology & Oceanugraph | 1,166.00 | 583.00 | NATIONAL LIGHTNING |
| New World Communications of ATL | 110.00 | 55.00 | 250 MILE LIGHTNING |
| Oregon Television, Inc. | 110.00 | 55.00 | 250 MILE LIGHTNING |
| Potomac Electric Power Co. | 443.53 | 221.77 | ENERGYCAST LIGHTNING |
| Time Warner Cable – Austin | 110.00 | 55.00 | 250 MILE LIGHTNING |
| Time Warner Charlotte Newschannel | 110.00 | 55.00 | 250 MILE LIGHTNING |

12

| | | | |
|---|---|---|---|
| Time Warner Raleigh Newschannel | 110.00 | 55.00 | 250 MILE LIGHTNING |
| United Parcel Service | 1,166.00 | 583.00 | NATIONAL LIGHTNING |
| WABC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WAFB-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WAFF-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WAND-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WAPT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| Washington Savannah River Co | 180.00 | 90.00 | 250 MILE LIGHTNING |
| WBAL-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WBNG-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WBOY-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WBRZ-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WBTV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WBTW-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WBZ-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WCBD-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WCBS-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WCIV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WCMH-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WCNC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WCSC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WCTI-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WCTV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WDAM-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WDBJ-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WDIV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |

13

| WDSU-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
|---|---|---|---|
| WECT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WESH-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WEWS-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WFMY-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WFOR-TV/WCIX-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WFRV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WFTC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WFTS-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WGAL-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WGN Continental Broadcasting Co. | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WHAM-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WHAS-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WHDH-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WIAT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WINK-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WISN-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WJBF-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WJHL-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WJTV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WJXT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WKRG-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WKYC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WKYT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WLKY-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WLTX-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WLUC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |

14

| | | | |
|---|---|---|---|
| WMAQ-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WMBB-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WMC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WMUR-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WNCN-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WNCT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WNDU-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WNWO-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WNYT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WOIO-TV/WUAB-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WOOD-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WOWK-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WPBF-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WPMI-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WPXI-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WRBL-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WREG-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WRTV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WSAV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WSCV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WSNS-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WSOC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WSPA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WSTM-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTAJ-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTKR-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |

15

| | | | |
|---|---|---|---|
| WTLV-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTOC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTRF-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTSP-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTTG-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTVA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTVC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTVD-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTVF-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTVJ-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTVM-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTVR-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WTXF-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WVEC-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WVIT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WVTM-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WWBT-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WWSB-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WXIA-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WXIX-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WXYZ-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |
| WYFF-TV | 110.00 | 55.00 | 250 MILE LIGHTNING |

16