# EXHIBIT C

**AMENDMENT NO. 2 TO LIGHTNING NETWORK
AGREEMENT BETWEEN WSI CORPORATION
AND TOA SYSTEMS, INC. DATED JANUARY 11, 2007
(THE "AGREEMENT")**

This Amendment No. 2 to the Agreement is entered into this __ day of April 2013 (the "A2 Effective Date") by and between WSI Corporation ("WSI") and TOA Systems, Inc. ("TOA").

**WHEREAS**, the parties wish to amend certain provisions contained in the Agreement, as previously amended, as set forth herein.

**NOW THEREFORE**, in consideration of the promises and the mutual covenants herein contained, the receipt and sufficiency of which is hereby acknowledged, the parties agree to amend the Agreement follows:

1. Section 3.5(b) ("**GLN**") is modified by adding the following:

"Prior to shipping any Lightning Sensors after the A2 Effective Date, the Parties shall mutually upon the model, location and placement of such sensors."

2. Section 6.2 ("**Sensor Fees**") is modified by adding the following:

"Solely with respect to the Lightning Sensors ordered by WSI pursuant to Section 3.5(b) after the A2 Effective Date, or ordered by WSI prior to the A2 Effective Date but not fully paid for under this Section 6.2 as of such date, WSI shall pay TOA hereunder $3360 per Lightning Sensor in lieu of the $4800 specified on the Sensor Fee Schedule."

3. Section 6.4 ("**Internal Use of Lighting Fee**") is modified as follows:

"Effective with the year beginning January 2013 and through the year ending December 2016, WSI shall not owe, or be billed for, the $25,000 annual fee for the internal use by WSI of the USPLN Data, provided that WSI shall retain the internal use rights granted hereunder to the data."

4. Except as otherwise expressly stated herein, the Agreement shall remain unchanged and in full force and effect.

**IN WITNESS WHEREOF**, the parties have executed this Amendment under seal as of the date first written above.

**WSI CORPORATION**                          **TOA SYSTEMS, INC.**

_____                      _____

_____                      _____
Printed Name                                 Printed Name

_____                      _____
Title                                        Title

"