# EXHIBIT D

## ASSIGNMENT AND AMENDMENT NO. 3 TO LIGHTNING NETWORK AGREEMENT BETWEEN WSI CORPORATION AND TOA SYSTEMS, INC. DATED JANUARY 11, 2007 (THE "AGREEMENT")

This Assignment and Amendment No. 3 to the Agreement is entered into this __ day of May 2014 ("Amendment No. 3 Effective Date") by and between WSI Corporation ("WSI") and TOA Systems, Inc. ("TOA").

**WHEREAS**, the parties desire to assign certain GLN lightning hosting agreements between WSI and certain foreign parties from WSI to TOA; and

**WHEREAS**, the parties desire to amend the Agreement as previously amended (all subsequent references to the Agreement shall include all prior amendments thereto) as stated below.

**NOW, THEREFORE,** in consideration of the mutual promises and covenants contained herein, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree to amend the Agreement as follows:

1.  WSI hereby assigns and transfers all of its rights and obligations under the Global Lightning Network Sensor Hosting Agreements with the parties listed on Exhibit A attached hereto (the "GLN Hosting Agreements") to TOA and TOA hereby agrees to assume and perform all of WSI's obligations under the GLN Hosting Agreements as of the Effective Date. WSI shall provide TOA with copies of all the GLN Hosting Agreements prior to or as soon as reasonably practicable after the Amendment No. 3 Effective Date. WSI represents that it is not aware of any claim against WSI, whether for breach or otherwise, by any party to any GLN Hosting Agreement as of the Amendment No. 3 Effective Date. Except for the foregoing, WSI makes no representations or warranties whatsoever about the status of any GLN Hosting Agreement or of any lightning sensor (or the condition thereof) the subject of such an agreement. TOA agrees that it shall be liable for all claims arising under the GLN Hosting Agreements subsequent to the Amendment No. 3 Effective Date and shall be solely responsible for the maintenance and recovery of any lightning sensor the subject of a GLN Hosting Agreement. TOA further agrees to notify all parties to the GLN Hosting Agreements of the foregoing assignments as soon as reasonably practical.

2.  The parties acknowledge that lightning sensors have been placed with the persons and at the locations specified in Exhibit B ("Identified Sensors"), but that no hosting agreements have been executed with such persons. As between WSI and TOA, WSI acknowledges and agrees that TOA owns and shall own all of the Identified Sensors and shall have complete responsibility and liability therefor subsequent to the Amendment No. 3 Effective Date. TOA acknowledges that WSI makes no representation or warranty whatsoever about the status, presence or condition of any Identified Sensor. TOA shall have complete and sole responsibility for the Identified Sensors after the Effective Date and shall notify all possessors of the Identified Sensors of TOA's

1

assumption of responsibility for the Identified Sensor as soon as practical after the Amendment No. 3 Effective Date.

3. Notwithstanding anything to the contrary contained in the Agreement, WSI shall have no further obligation under the Agreement to purchase, acquire or pay for any Lightning Sensors for the GLN.

4. Section 4.1.3 ("GLN Data") of the Agreement is modified by converting the exclusive license granted therein to a nonexclusive license with result that TOA, subject to WSI's exclusive license to provide the GLN Data to the Aviation Market, shall be entitled to provide and distribute the GLN Data without restriction. Furthermore, notwithstanding anything to the contrary contained in the Agreement, commencing on the Amendment No. 3 Effective Date, TOA shall have no obligation to account to or pay WSI any amounts derived from its use, distribution or other exploitation of the GLN Data.

5. Except as otherwise expressly stated herein, the terms of the Agreement as previously amended shall remain unchanged and in full force and effect and shall apply to this terms of this Amendment.

**IN WITNESS WHEREOF,** the parties have executed this Amendment effective as of the date first stated above.

**TOA SYSTEMS, INC.**

By: _____
Authorized Signature

_____
Typed or Printed Name

_____
Title

**WSI CORPORATION**

By: _____
Authorized Signature

_____
Typed or Printed Name

_____
Title

2

**EXHIBIT A**

**LIST OF GLN SENSOR HOSTING AGREEMENTS**

| GLN Host | City | Country | GLN Hosting Agreement Date |
|---|---|---|---|
| Colegio North Hills | Pilar | Argentina | 6/4/2008 |
| Jahangirnagar University | Savar | Bangladesh | 3/10/2009 |
| Instituto Nacional de Pesquisas Espaciais INPE | Belem | Brazil | 8/20/2010 |
| Universidade Federal de Mato Grosso do Sul | Campo Grande-MS | Brazil | 10/28/2009 |
| Instituto Nacional de Pesquisas Espaciais INPE Cuiaba | Cuiaba | Brazil | 8/20/2010 |
| Universidade Estadual do Ceará | Fortaleza | Brazil | 10/28/2009 |
| American School of Rio de Janeiro | Rio de Janeriro | Brazil | 10/2/2008 |
| Jerudong International School | Bandar Seri Begawan | Brunei Darussalam | 6/4/2008 |
| Chinese Academy of Sciences | Beijing | China PRC | 9/29/2009 |
| Chengdu University of Information Technology | Chengdu | China PRC | 9/29/2009 |
| Lanzhou University | Lanzhou | China PRC | 10/14/2009 |
| Nanjing University of Information and Technology | Nanjing | China PRC | 9/29/2009 |
| Colegio Nueva Granada | Bogota | Colombia | 10/30/2007 |
| Meteopress, s.r.o. | Barrandov - Praha 5 | Czech Republic | 9/4/2009 |
| Academia Cotopaxi | Quito | Ecuador | 10/30/2007 |
| International School of Estonia | Tallinn | Estonia | 10/30/2007 |
| The Eagles Nest | Pont de Montvert | France | 7/17/2008 |
| France-Orage | Romorantin-Lanthenay | France | 11/13/2012 |
| Golfclub München Eichenried GmbH & Co. KG | Moosinning-Eichenried | Germany | 3/25/2010 |
| Technical University of Crete | Chania | Greece | 8/22/2011 |
| National Observatory of Athens | Penteli | Greece | 7/1/2009 |
| Hong Kong University | Clear Water Bay | Hong Kong | 10/30/2007 |
| DLF Golf & Country Club | Gurgaon-122 002 | India | 3/3/2011 |
| American International School - Chennai | Taramani | India | 11/3/2008 |
| Castlemartyr Resort | County Cork | Ireland | 4/3/2013 |
| Royal Portrush Golf Club | Portrush | Ireland | 7/2/2012 |
| Tel Aviv University | Tel Aviv 69978 | Israel | 3/8/2009 |
| Instituto di Scienze dell'Atmosfera e del Clima (ISAC) | Bologna | Italy | 9/13/2011 |
| Instituto di Scienze dell'Atmosfera e del Clima (ISAC) | Lamezia Terme | Italy | 9/13/2011 |

3

| GLN Host | City | Country | GLN Hosting Agreement Date |
|---|---|---|---|
| Instituto di Scienze dell'Atmosfera e del Clima (ISAC) | Rome | Italy | 6/9/2009 |
| Canadian Academy | Higashinada-ku | Japan | 8/28/2008 |
| Haileyburgy Almaty | Almaty | Kazakhstan | 7/8/2010 |
| Almeer Technical Services Co., W.L.L | Ahmadi | Kuwait | 8/22/2012 |
| Horizon Hills Resort BHD. (769101-H) | Nusajaya | Malaysia | 3/7/2013 |
| Universiti Putra Malaysia (UPM) | Selangor Darul Ehsan | Malaysia | 5/20/2009 |
| Nepal Academy of Science and Technology (NAST) | Khumaltar | Nepal | 4/1/2013 |
| Hilversumsche Golf Club | Hilversum | Netherlands | 9/10/2010 |
| Markham College | Lima | Peru | 5/5/2008 |
| The British School Manila | 1634 Taguig City, Metro Manila | Philippines | 3/19/2013 |
| British International School of Wroclaw | Wroclaw 53-134 | Poland | 3/10/2009 |
| St. Dominic's International School | | Portugal | 6/4/2008 |
| American International School of Bucharest | Voluntari 077190 | Romania | 10/28/2008 |
| ExxonMobil Asia Pacific Pte. Ltd. | Singapore | Singapore | 2/5/2013 |
| Tanglin Trust School | Singapore | Singapore | 3/5/2013 |
| Singapore American School | | Singapore | 10/30/2007 |
| Club de Campo del Mediterráneo | Borriol | Spain | 6/15/2009 |
| Gaudalhorce Club de Golf | Málaga | Spain | 6/16/2010 |
| Real Sociedad Hipica Espanola Club De Campo | San Sabastian De Los Reyes | Spain | 5/31/2010 |
| Golf-Club Crans-Sur-Sierre | Crans-Montana | Switzerland | 7/1/2009 |
| The New International School of Thailand (NIST) | Bangkok | Thailand | 1/17/2009 |
| Prem Center for International Education | Chiang Mai | Thailand | 6/4/2008 |
| Dubai Golf | Dubai | United Arab Emirates | 7/20/2011 |
| Glachbeg Croft Centre | North Kessock | United Kingdom | 3/12/2008 |
| University of Plymouth | Plymouth | United Kingdom | 3/31/2008 |
| St. Andrews Golf Resort | St. Andrews | United Kingdom | 3/25/2009 |
| Kench Hill Centre | Tenterden | United Kingdom | 6/5/2008 |
| Escuela Campo Alegre | Caracas | Venezuela | 10/30/2007 |
| Vietnam Academy of Science and Technology | Hà Noi | Viet Nam | 5/7/2010 |
| American International School of Lusaka | Lusaka | Zambia | 5/23/2011 |

4

## EXHIBIT B

## LIST OF SITES WITH LIGHTNING SENSORS
## WITHOUT HOSTING AGREEMENT

| GLN Host | City | Country |
|---|---|---|
| Mano a Mano | Cochabamba | Bolivia |
| South America Mission | Santa Cruz de la Sierra | Bolivia |
| Maru-a-Pula School | Gaborone | Botswana |
| American School of Brasilia | Brasilia DF | Brazil |
| International School of Ouagadougou | Ouagadougou | Burkina Faso |
| Meteorological Service of Cyprus | Nicosia | Cyprus |
| Cape Air | Tamuning | Guam |
| British International School, Budapest | Budapest | Hungary |
| Jakarta International School | Jakarta Selatan | Indonesia |
| Balboa Academy | Panama City | Panama |
| University of the Philippines | Diliman | Philippines |
| Ivy Collegiate Academy | Tan-Tzu Shiang | Taiwan |
| International School of Port of Spain | Westmooring | Trinidad and Tobago |
| WSI Birmingham | Birmingham | United Kingdom |
| Uruguayan American School | Montevideo | Uruguay |

5